5-01-03

To the Courts for the Southern district of Texas Brownsville division I Veronica Vasquez have turned the age of 21 and requesting the courts permission to recieve the money witch was appoint to me on my 21st B-Day by the plaitiff of Southern pacific transportation company civil action number B-90-032 I will be residing at 240 S. King #8-B Raymondville Tx 78580

— Sincerly —
Veronica Vasquez

United States District Court
Southern District of Texas
FILED

MAY 0 1 2003

Michael N. Milby
Clerk of Court