IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 27 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Sara Vasquez, et al<br>Plaintiff(s), | §<br>§<br>§ | |
| VS. | § | B-90-032 |
| Southern Pacific Railroad Co.<br>Defendant(s). | §<br>§ | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Veronica Vasquez was a minor child. The minor has now provided satisfactory evidence that she has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Veronica Vasquez , social security number 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, the principal $4,985.00, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:

240 S King #8-B
Raymondville, TX 78580

DONE at , Texas this the 27th day of May , 2003

_____
UNITED STATES DISTRICT JUDGE